[No. 6210-1-II.   Division Two.   March 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS
A. KIMMERLING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 64115RO10, Robert H. Peterson, J., entered
March 5, 1982. *Dismissed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5713-1-II.   Division Two.   March 14, 1984.]

JOHN REDFIELD, ET AL, *Respondents,* v. DENNIS
R. HINKLE, *Appellant,* ANCHOR BUSINESS
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79-2-00352-4, Terence Hanley, J., entered
June 19, 1981. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5987-8-II.   Division Two.   March 14, 1984.]

SAM R. BUCK, ET AL, *Appellants,* v. SAN JUAN
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. 9762, Gerald B. Chamberlin, J., entered
November 20, 1981. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 5330-0-III.   Division Three.   March 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY
ELLEN MUNOZ-LARA, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 74540, Yancey Reser, J., entered July 7,
1982. *Affirmed* by unpublished opinion per Thompson, J.,
concurred in by Munson, C.J., and Green, J.